```
 1  William D. Hyslop
 2  United States Attorney
    Eastern District of Washington
 3  James A. Goeke
 4  Assistant United States Attorney
    Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 3 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER R. TIJERINA,<br><br>Defendant. | **2:20-CR-36-RMP**<br><br>INDICTMENT<br><br>Vio:  21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Firearms<br>(Count 2)<br><br>Forfeiture Allegations:<br>21 U.S.C. § 853, 18 U.S.C. § 924 and 28 U.S.C. § 2461 |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about February 8, 2020, in the Eastern District of Washington, the Defendant, JAVIER R. TIJERINA, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about February 8, 2020, in the Eastern District of Washington, the Defendant, JAVIER R. TIJERINA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit:

- a Lorcin, model L380, .380 caliber pistol, bearing serial number 397739; and
- a Harrington and Richardson, model 649, .22 caliber revolver, bearing serial number AU116234;

which firearms having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924 and 28 U.S.C. § 2461.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in Count 1 of this Indictment, the Defendant, JAVIER R. TIJERINA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such

INDICTMENT – 2

violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of the offense as set forth in Count 2 of this Indictment, the Defendant, JAVIER R. TIJERINA, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense.

If any of the property described herein, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 3 day of March, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
James A. Goeke
Assistant United States Attorney

INDICTMENT – 3