FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2020

SEAN F. McAVOY, CLERK

PENALTY SLIP

DEFENDANT NAME: **JAVIER R. TIJERINA**

TOTAL NO. COUNTS: **2**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(C)**
**Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount Methamphetamine**
**(Count 1)**

PENALTY: **CAG not more than 20 years;**
**and/or $1,000,000 fine;**
**not less than 3 years nor more than life supervised release;**
**a $100 special penalty assessment; and,**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a**

VIO: **18 U.S.C. §§ 922(g)(1), 924(a)(2)**
**Felon in Possession of Firearms**
**(Count 2)**

PENALTY: **CAG not more than 10 years;**
**and/or $250,000 fine;**
**not more than 3 years supervised release; and**
**a $100 special penalty assessment**

**Notice of Criminal Forfeiture Allegations:**
**21 U.S.C. § 853, 18 U.S.C. § 924 and 28 U.S.C. § 2461**

CASE NO.   2:20-CR-36-RMP-1

AUSA INITIAL   JAG