

Colin Prince
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Javier Tijerina

UNITED STATES DISTRICT COURT
Honorable Rosanna M. Peterson

| United States, | | No. 08-cr-2135-RMP |
| --- | --- | --- |
| | | No. 19-cr-115-RMP |
| | Plaintiff, | No. 20-cr-36-RMP |
| v. | | Motion to Continue Trial and Revocation Hearings (Unopposed) |
| Javier Tijerina, | | |
| | Defendant. | |
| | | Without Oral Argument |
| | | Noted: November 6, 2020, 6 p.m. |

Javier Tijerina respectfully requests that the Court continue his trial and revocation proceedings. Mr. Tijerina faces serious drug and gun charges, and potentially mandatory minimums beyond what is currently contained in the Indictment. The case is barely 90 days old,[1] and Mr. Tijerina has not yet completed interviewing witnesses and considering pretrial motions. For those reasons, the defense respectfully requests that the Court push the trial and revocation deadlines until a convenient date and time in January 2021.

Dated: November 6, 2020.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Javier Tijerina

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Colin_Prince@fd.org

---

[1] Discovery was produced on August 12, 2020.

Motion to Continue
– 1 –

## Service Certificate

I certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Jim Goeke.

                          s/Colin G. Prince
                          Colin G. Prince, WSBA No. 43166
                          10 North Post Street, Suite 700
                          Spokane, Washington 99201
                          t: (509) 624-7606
                          f: (509) 747-3539
                          Colin_Prince@fd.org