FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER R. TIJERINA,<br><br>Defendant. | NO:  2:20-CR-36-RMP-1<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

On July 8, 2021, the parties appeared before the Court for a pretrial conference. Defendant Javier R. Tijerina, who is in custody, appeared in person with his attorney Federal Defender Andrea George.  The Government was present and represented by Assistant United States Attorney James Goeke.

At the hearing, the Government moved to dismiss the Indictment, ECF No. 1. The Court granted the Government's motion to dismiss the Indictment without prejudice.  The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's oral motion to dismiss the Indictment is **GRANTED**.

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT ~ 1

2. The Indictment, **ECF No. 1**, with respect to Defendant Javier R. Tijerina, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** July 8, 2021.

                                *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                  United States District Judge